# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TOUA HONG CHANG, | Case No. 16-cv-03164 (SRN/KMM) |
| Petitioner, | |
| v. | |
| JEH JOHNSON, Secretary of Department of Homeland Security; SARAH SALDANA, ICE Director; PETER R. BERG, St. Paul ICE Field Director; HQCMU, Headquarters Case Management Unit; CARVER COUNTY, Warden of Carver County Jail; | **ORDER** |
| Respondents. | |

Toua Hong Chang, Carver County Jail, 606 East 4th Street, Chaska, MN 55318 petitioner pro se

Ana H. Voss, D. Gerald Wilhelm, Assistant United States Attorneys, United States Attorney's Office, 300 S 4th St Ste 600, Minneapolis, MN 55415, counsel for respondents

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated January 18, 2017 [Doc. No. 6]. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 10, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge